# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMIN. CORP.<br><br>AND<br><br>BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>    Plaintiffs,<br><br>vs.<br><br>J.S.I., INC. ET AL,<br><br>    Defendants. | Case No.: ED 20-CV-01251-CBM<br><br>**DEFAULT JUDGMENT** |

Consistent with the Court's Order re: Plaintiffs Motion for Default Judgment, judgment is hereby entered in favor of Plaintiffs Carpenters Southwest Administrative Corporation and Board of Trustees for the Carpenters Southwest Trusts and against Defendants J.S.I., Inc. and Briana Layfield in the amount of $144,874.77, plus Plaintiffs' costs of suit.

DATED: December 24, 2020

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

CC:FISCAL

1