WHEN RECORDED MAIL TO:

Casey Jensen, Bar No. 263593
DeCarlo & Shanley,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California 90071-1706
Phone: (213) 488-4100 & Fax: (213) 488-4180

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carpenters Southwest Administrative Corporation and Board of Trustees for the Carpenters Southwest Trusts<br>PLAINTIFF(S),<br>v.<br>J.S.I., Inc., a Nevada corporation, etc.<br>DEFENDANT(S). | CASE NUMBER:<br>CV 5:20-cv-01251-CBM-KK ✗<br><br>ABSTRACT OF JUDGMENT/ORDER |

I certify that in the above-entitled action and Court, Judgment/Order was entered on **December 28, 2020** in favor of **Carpenters Southwest Administrative Corporation and Board of Trustees for the Carpenters Southwest Trusts** whose address is **533 S. Fremont Avenue, Ninth Floor, Los Angeles, California 90071-1706** and against **J.S.I., Inc., a Nevada domestic corporation and Briana Layfield, an individual** whose last known address is **38919 Mesa Road, Temecula, California 92592** for $ **86,747.32** Principal, $ **53,057.56** Interest, $ **0.00** Costs, and $ **5,069.89** Attorney Fees.

ATTESTED this **9** day of **February**, 20**21**.

Judgment debtor's driver's license no. and state; ____N/A____ (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number; ____N/A____ (last 4 digits) ☑ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

J.S.I., Inc., a Nevada domestic corporation
Briana Layfield, an individual
38919 Mesa Road
Temecula, California 92592

CLERK, U.S. DISTRICT COURT

*(signature)*
Deputy Clerk
**CHRIS SAWYER**

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.