*WHEN RECORDED MAIL TO:*

Casey Jensen, Bar No. 263593
DeCarlo & Shanley,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California 90071-1706
Phone: (213) 488-4100 & Fax: (213) 488-4180

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carpenters Southwest Administrative Corporation and Board of Trustees for the Carpenters Southwest Trusts<br><br>PLAINTIFF(S),<br>v.<br><br>J.S.I., Inc., a Nevada domestic corporation, etc.<br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 5:20-cv-01251-CBM-KK<br><br>**ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on December 28, 2020 in favor of Carpenters Southwest Administrative Corporation and Board of Trustees for the Carpenters Southwest Trusts whose address is 533 S. Fremont Avenue, Ninth Floor, Los Angeles, California 90071-1706 and against J.S.I., Inc., a Nevada domestic corporation and Briana Layfield, an individual whose last known address is 38919 Mesa Road, Temecula, California 92592

for $ 86,747.32         Principal, $ 53,057.56         Interest, $ 0.00         Costs,
and $ 5,069.89         Attorney Fees.

ATTESTED this ____26____ day of ___February___, 20 _21_
Judgment debtor's driver's license no. and state;         9887 - CA         (last 4 digits) ☐ Unknown.
Judgment debtor's Social Security number;         1351         (last 4 digits) ☐ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

J.S.I., Inc., a Nevada domestic corporation
Briana Layfield, an individual
38919 Mesa Road
Temecula, California 92592

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk
**CHRIS SAWYER**

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

G-18 (03/12)         ABSTRACT OF JUDGMENT/ORDER